JOHN W. HUBER, United States Attorney (No. 7226)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
ISAAC WORKMAN, Assistant United States Attorney (# 14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 APR 25  P 12: 58

DISTRICT OF UTAH

BY:_____
　　DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRENNAN JAMES O'LEARY, Defendant. | **INDICTMENT** VIO. 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. Case: 1:19-cr-00042 Assigned To : Campbell, Tena Assign. Date : 4/25/2019 Description: USA vs O'Leary |
|---|---|

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about September 27, 2018 in the Northern Division of the District of Utah,

**BRENNAN JAMES O'LEARY,**

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one (1) year, did knowingly possess and receive in and affecting interstate

commerce a firearm, to wit: a Taurus Millenial 9mm firearm and ammunition in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

BRANDEN B. MILES
Special Assistant United States Attorney